** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION No. 1:15-cv-253 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| HUGHES NETWORK SYSTEMS, LLC, | § | BRC |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**

Having considered Plaintiff PanTaurus LLC's Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby dismisses this action against Defendant Hughes Network Systems, LLC ("Defendant"), without prejudice. (Doc #6).

It is therefore ORDERED that Plaintiff PanTaurus LLC's claims against Defendant Hughes Network Systems, LLC are dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

So **ORDERED** and **SIGNED** this **31** day of **July, 2015.**

Ron Clark

Ron Clark, United States District Judge